ANTON STRITTMATTER, Respondent, v. THE TRUSTEES OF THE SAILORS SNUG HARBOR IN THE CITY OF NEW YORK, Appellant.— Judgment and order reversed upon the law and the facts, and new trial granted, costs to appellants to abide the event, upon the ground that the verdict of the jury that defendants were

negligent was against the weight of the evidence. Rich, Kapper and Seeger, JJ., concur; Lazansky, P. J., and Scudder, J., dissent and vote to affirm.